

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2015

No. 04-14-00301-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Gerard **CORTES**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-05707
Honorable Laura Salinas, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Patricia O. Alvarez, Justice

Appellee Gerard Cortes's Motion for Rehearing is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court